United States District Court
Eastern District of Michigan

Kirankumar Mahendrabhai Patel,

    Petitioner,

v.

Kevin Raycraft, Field Office Director
of the Immigration and Customs
Enforcement, et al.,

    Respondents.

Civil No. 26-10482

Honorable Terrence G. Berg
Mag. Judge Elizabeth A. Stafford

## Stipulation and Order Requiring Response

On February 12, 2026, the Court entered a stipulated order setting a deadline for respondents to respond to petitioner's request for a writ of habeas corpus. (Order, ECF No. 3, PageID.32). The deadline set in that order was February 24, 2026. (*See id.*). Due to technical difficulties, respondents could not file their response on the deadline and instead filed it at the earliest opportunity the next morning, on February 25, 2026. (*See* Resp., ECF No. 4). For good cause, the Court may extend a deadline before it expires. *See* Fed. R. Civ. P. 6(b). In addition, the Court may extend a deadline after it expires for excusable neglect. *See id.*; *Nafziger v. McDermott Int'l, Inc.*, 467 F.3d 514, 522 (6th Cir. 2006). The parties stipulate that the short delay in respondents filing will not meaningfully delay the ultimate resolution of the case and

that the requirements of Rule 6(b) are satisfied. Accordingly,

IT IS HEREBY ORDERED that respondents response brief filed on February 25, 2026, is accepted as timely.

IT IS FURTHER ORDERED that, if petitioner chooses to file a reply, he must do so no later than three business days from the date of this order.

IT IS SO ORDERED.

s/Terrence G. Berg
Terrence G. Berg
United States District Judge

Dated: February 26, 2026

Stipulated and agreed to by:

| | |
|---|---|
| Carrera Law Offices PLLC | Jerome F. Gorgon Jr.<br>United States Attorney |
| */s/ Maria Eugenia Daniel* | *s/Zak Toomey* |
| Maria Eugenia Daniel (P78531)<br>30555 Southfield Road<br>Suite 520<br>Southfield, Michigan 48076<br>(248) 924-3176<br>maria@carreralawoffices.com | Zak Toomey (MO61618)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI  48226<br>313-226-9617<br>zak.toomey@usdoj.gov |
| *Attorney for Petitioner* | *Attorneys for Respondents* |
| Dated: February 25, 2026 | Date: February 25, 2026 |